IN THE MATTER OF GRAND JURY PROCEEDINGS
OF JOSEPH GUARINO.

July 11, 1985.

Petition for certification denied.

ROBERT J. CORNELL v. BOROUGH OF WATCHUNG.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY ROYAL.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DERRICK DENNARD.

July 11, 1985.

Petition for certification denied.

CLARENCE GRIFFIN v. NEWARK HOUSING AUTHORITY.

July 11, 1985.

Petition for certification denied.